**Jo Ann SANDERS, Appellant,**

v.

**SOUTHWESTERN BELL TELEPHONE COMPANY, Respondent.**

**No. WD 49021.**

Missouri Court of Appeals,
Western District.

July 12, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 30, 1994.

Jo Ann Sanders, pro se.

John F. Medler, Jr., St. Louis, for respondent.

Before SMART, P.J., and KENNEDY and ULRICH, JJ.

### ORDER

PER CURIAM:

This action involves the question of whether certain claims are barred by the statute of limitations. Jo Ann Sanders, plaintiff, appeals from the trial court's grant of summary judgment for Southwestern Bell Telephone Company ("SWBT"), defendant, on the basis of statute of limitations and *res judicata.*

Judgment is affirmed. Rule 84.16(b).